IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN LUTHER DUNCAN, #148034, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:03cv503-F |
| ) | WO |
| PAUL WHALEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on August 2, 2005 (Doc. #21), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE:

1. That the defendants' motion for summary judgment is GRANTED.

2. That this case is DISMISSED with prejudice.

3. That the costs of this proceeding are taxed against the plaintiff.

DONE this 29th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE