IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN LUTHER DUNCAN, #148034, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:03cv503-F |
| ) | WO |
| PAUL WHALEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, that this action is DISMISSED with prejudice, and costs are taxed against the plaintiff.

DONE this 29th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE